# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                       CASE NO. 3:96cr65 LAC

CURTIS CASTRA

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on __APRIL 15, 2008__
Motion/Pleadings: __NOTICE (Motion) TO CORRECT CRIMINAL HISTORY CATEGORY__
Filed by __DEFENDANT PRO SE__ on __4/14/08__ Doc.# __679__

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*
LC (1 OR 2)            Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 1st day of May, 2008, that:*

*(a) The relief requested is **GRANTED.***

*(b) See Doc. 685.*

                                              *s/L.A. Collier*
                                              ***LACEY A. COLLIER***
                                    *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.